# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00438-TUC-RCC (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Christopher Sheafe, | |
| Defendant. | |

This Court has made an independent review of the Report and Recommendation filed by the Magistrate Judge, the objection filed by the defendant and the official transcript of the proceedings in this case. The Court finds that the Magistrate Judge's well-reasoned opinion (Doc. 108) is adopted. Therefore the Motion to Dismiss Indictment for Violation of Interstate Agreement on Detainers (Doc. 95) is DENIED as to defendant Adam Christopher Sheafe only.

The trial date of June 5, 2018 at 9:30 a.m. before Chief Judge Raner C. Collins is AFFIRMED.

Dated this 10th day of May, 2018.

Honorable Raner C. Collins
Chief United States District Judge